UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: July 5, 2011        (3 minutes)

Case No. CR-11-0404 WHA            JUDGE: **William A. Alsup**

TAMARA LANZ MOON            Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

Douglas Sprague            Robert Carey, Jr. Specially for Charles Smith
U.S. ATTORNEY(S)           ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: Tracy Lucero        Reporter: James Yeomans

**PROCEEDINGS**

REASON FOR HEARING   Initial Status Conference - held.

RESULT OF HEARING   Government counsel informed the Court that there is a lot of material to review. Defense counsel currently in trial now, both sides request a 30-day continuance to allow counsel time to work toward a disposition of this case.

Case Continued to: August 9, 2011 at 2:00 p.m.   for   Change of Plea or Scheduling Conference

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category)   Continuity of Counsel      From 7/5/2011   To 8/9/2011

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////