UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0404 WHA |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 5, 2011, |
| v. ) | TO AUGUST 9, 2011, FROM THE SPEEDY TRIAL ACT CALCULATION |
| TAMARA LANZ MOON, ) | (18 U.S.C. § 3161(h)(7)(A)) |
| Defendant. ) | |

The parties appeared before United States District Court Judge William H. Alsup on July 5, 2011. The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 5, 2011, to and including August 9, 2011. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested exclusion of time would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery. For example, and as discussed in more detail on the record, defendant's attorney, Chuck Smith, was in trial in Redwood City, California, on July 5, 2011. As a result, attorney Robert Carey appeared on behalf of defendant. Attorney Smith's trial

STIPULATION AND ORDER
CR 11-0404 WHA

1  was scheduled to continue through much of July 2011.  In addition, the defense required time to
2  review the discovery produced by the government.  That discovery includes 4 CDs containing a
3  total of more than 18,000 pages.

4      2. Accordingly, the Court found that the ends of justice served by excluding the period
5  from July 5, 2011, to and including August 9, 2011, outweigh the best interest of the public and
6  the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

7      3. Therefore, and with the consent of the defendant and her attorney, the Court ordered
8  that the period from July 5, 2011, to and including August 9, 2011, be excluded from Speedy
9  Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

10     4. The Court scheduled a status hearing on August 9, 2011, at 2:00 p.m.

11 IT IS SO STIPULATED.

13 DATED: August 9, 2011                  _____/s/_____
                                                                          W. DOUGLAS SPRAGUE
14                                                                            Assistant United States Attorney

16 DATED: August 9, 2011                  _____/s/_____
                                                                           CHUCK SMITH
17                                                                            Attorneys for Defendant Tamara Lanz Moon

19 **IT IS SO ORDERED**.

21 DATED: August  10 , 2011              _____
22                                                         WILLIAM H. ALSUP
                                                        United States District Court Judge