UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0404 WHA |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 9, 2011, TO OCTOBER 11, 2011, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. ) | |
| TAMARA LANZ MOON, ) | |
| Defendant. ) | |

The parties appeared before United States District Court Judge William H. Alsup on August 9, 2011. The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from August 9, 2011, to and including October 11, 2011, and setting the matter for change of plea on October 11, 2011. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested exclusion of time would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery. For example, and as discussed in more detail on the record, defendant's attorney, Chuck Smith, has been in various trials for a total of approximately

STIPULATION AND ORDER
CR 11-0404 WHA

6 months this calendar year. He has another trial this month, followed by an attempted murder trial next month. The defense requires more time to review the discovery produced by the government. That discovery includes 4 CDs containing a total of more than 18,000 pages.

2. Accordingly, the Court found that the ends of justice served by excluding the period from August 9, 2011, to and including October 11, 2011, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

3. Therefore, and with the consent of the defendant and her attorney, the Court ordered that the period from August 9, 2011, to and including October 11, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

4. The Court scheduled this matter for a change of plea, whether by written plea agreement or by "open" plea, on October 11, 2011, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: August 9, 2011         /s/
                              W. DOUGLAS SPRAGUE
                              Assistant United States Attorney

DATED: August 9, 2011         /s/
                              CHUCK SMITH
                              Attorneys for Defendant Tamara Lanz Moon

**IT IS SO ORDERED**.

DATED: August  11 , 2011
                              _____
                              WILLIAM H. ALSUP
                              United States District Court Judge

STIPULATION AND ORDER
CR 11-0404 WHA                       2