CHARLES J, SMITH (SBN 72700)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
(650) 568-2820 (Phone)
(650) 568-2823 (Fax)

Attorney for Defendant
TAMARA MOON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA LANZ MOON,<br><br>Defendant. | Case No. CR-00404-WHA-1<br><br>**TRAVEL REQUEST; STIPULATION AND ORDER** |

The United States of America and Defendant Tamara Lanz Moon hereby jointly stipulate to the modification of Ms. Moon's pretrial release condition, to permit her to travel to and from Lake Tahoe, CA during the time period of August 21, 2011 through August 26, 2011.

Ms. Moon is currently released on pretrial release conditions. On May 21, 2011 her cousin, Carla Lance, was murdered by her husband in Klamath Falls, OR. The three minor children, ages 10, 8 and 6 of Ms. Lance are currently staying in South Lake Tahoe, California. Custody of the children has been awarded to Carla's sister who lives in the State of Washington.

The family is getting together in South Lake Tahoe for a memorial for the children's mother and to spend a few days together prior to the children moving to the State of Washington. This is the purpose of my client's trip. The Court is respectfully asked to grant permission for her to attend this family reunion.

Dated: August 11, 2011

By: _____
Charles J. Smith
Attorney for Tamara Moon

Dated: August 12, 2011

By: _____
Doug Sprague
Attorney for the United States of America

[PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that Defendant Tamara Lanz Moon's pretrial release conditions are modified so that she can travel to and from Lake Tahoe, California to attend her cousin's memorial service and visit with family between August 21, 2011 and August 26, 2011. She shall not travel to and from Lake Tahoe, California for any other purpose or on any other dates without the Court's prior approval. All other conditions of her pretrial release shall remain in effect.

By: _____
U.S. MAGISTRATE


GRANTED
Judge Nathanael M. Cousins

2
Case No.: CR-00404-WHA
TRAVEL REQUEST; STIPULATION AND ORDER