CHARLES J, SMITH (SBN 72700)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA  94063
(650) 568-2820 (Phone)
(650) 568-2823 (Fax)

Attorney for Defendant
TAMARA MOON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TAMARA LANZ MOON,<br><br>          Defendant. | Case No.  CR-00404-WHA-1<br><br>**TAMARA MOON'S SENTENCING MEMORANDUM**<br>**March 6, 2012**<br>**2:00 PM**<br><br>Judge: Hon. William Alsup |

Defendant Tamara Lanz Moon requests the Court to pronounce a split sentence under the Federal Guidelines of 16 months with 8 months to be served in a local detention facility or half-way house and 8 months to be served upon house arrest. It is counsel's understanding that a 16 month split sentence is the maximum split sentence for a Level One Offender who has committed a Class C offense. Such a sentence would allow Ms. Moon to continue to care for her teen-age daughter and begin a new career as a cosmetologist. In the four years since she confessed her wrongdoing to her employer and assisted them in uncovering the full extent of her

theft and cooperated with them to liquidate any and all assets she and her husband had acquired in their marriage in order to make $384,000 of restitution by the fall of 2008 to her employer, Ms. Moon has led a law-abiding productive life, focused on caring for her teenage daughter and learning a new profession so that she may continue to provide the best for her child and lead a productive, law abiding life. Unlike many who stand before the Court and profess to a desire to prove themselves to the Court by promising, in the future, to lead a good life, Ms. Moon has not just 'talked the talk,' she has 'walked the walk.' Her conduct for the past four years is the best proof of her character and her remorse for her conduct and desire to do everything in her power to atone for her wrongdoing. It is urged that the Court fashion a sentence that permits her to continue on this path of success and atonement.

     Neither Ms. Moon nor her counsel has ever made any excuse for her conduct. From the inception of Smith Barney's investigation through her statements of guilt to the Court and Probation, Ms. Moon accepts responsibility for her conduct. She stole to attempt to support a lifestyle that many enjoy in the Silicon Valley. With a husband working for Apple Computer, a desire to become wealthy like so many around them, her sense of morality left her and she stole. She doesn't blame anyone other than herself and, in no way, attempts to rationalize or minimize her wrongdoing. All she now asks of the Court is to punish her in a way that allows her to care for her daughter while still paying a significant price for her wrongdoing.

## Law

     18 USC Sec 3553(a) sets forth eh factors which the Court should consider in arriving at a reasonable and appropriate sentence. A sentence including home detention would carry out the policies set forth in 3553(a)(2).

     In a case where a defendant has turned her life around, a sentence of home detention is appropriate to achieve the policy goals of 3553(a) <u>U.S. v. Neiman</u> 828 F.Supp. 254, 255 (S.D.N.Y., 1993)

.

Dated: March 6,, 2012

By: _____/s/_____
    Charles J. Smith
    Attorney for Tamara Moon

Dated: February 13, 2012

By: _____/s/_____
    Doug Sprague,
    Attorney for the United States of America

CHARLES J, SMITH (SBN 72700)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
(650) 568-2820 (Phone)

(650) 568-2823 (Fax)

Attorney for Defendant
TAMARA MOON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TAMARA LANZ MOON,<br><br>        Defendant. | Case No. CR-00404-WHA-1<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. William Alsup |

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Tamara Moon's sentencing hearing is moved to March 6, 2012.

Dated: _____

                                                        Honorable William Alsup
                                                        Judge of the United States District Court
                                                        Northern District of California